**Fried, Frank, Harris, Shriver & Jacobson LLP**

**FRIED FRANK**

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

Direct Line: +1.212.859.8182
Email: janice.macavoy@friedfrank.com

November 2, 2021

**Via ECF and Email**

The Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: *Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Bank of America Merrill Lynch Trust 2013-C9, Commercial Mortgage Pass-Through Certificates, Series 2013-C9 v. 700 Milford Holdings LLC, et al.*, 1:21-cv-06059-JPC

Dear Judge Cronan:

  We are counsel for Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Bank of America Merrill Lynch Trust 2013-C9, Commercial Mortgage Pass-Through Certificates, Series 2013-C9 ("Plaintiff") in the above-referenced action.

  Plaintiff yesterday timely filed its second amended complaint (the "Second Amended Complaint") as required pursuant to the Court's memo endorsement and order dated October 22, 2021 granting Plaintiff's request to extend its deadline to file a second amended complaint to November 1, 2021. During the course of filing, we properly chose the ECF filing event category "Amended Complaint" for this document. However, we today received an electronic notification from the Clerk's office that we need to re-file our Second Amended Complaint under a slightly different filing category (which we of course are prepared to do) but that we can only re-file this pleading with express leave of the Court, because it is no longer November 1. Accordingly, we respectfully request leave of the Court, as directed by the Clerk's office, to refile the Second Amended Complaint that was previously filed on November 1, 2021.

  We have spoken with counsel for 700 Milford Holdings LLC and David Werner, the only parties appearing to date, and they have advised us that they consent to this request.

**New York • Washington • London • Frankfurt**
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership
26675320

Fried, Frank, Harris, Shriver & Jacobson LLP

The Honorable John P. Cronan                                   November 2, 2021
                                                                Page 2

We thank Your Honor for your attention to this matter.

                                        Respectfully yours,

                                        */s/ Janice Mac Avoy*

                                        Janice Mac Avoy

cc:     Counsel of Record (via ECF)

        Robert S. Plosky, Esq. (via email and FedEx)
        Meltzer, Lippe, Goldstein & Breitstone, LLP
        190 Willis Avenue
        Mineola, New York 11501
        Email: RPlosky@meltzerlippe.com
        *Attorneys for Subtenant and Tenant*

        NEW YORK CITY DEPARTMENT OF FINANCE (via FedEx)
        66 John Street, Room 104
        New York, NY 10038

        NEW YORK CITY CRIMINAL COURT (via FedEx)
        1 Centre Street, 16th Floor
        New York, NY 10007

        NEW YORK CITY ENVIRONMENTAL CONTROL BOARD (via FedEx)
        66 John Street, 10th Floor
        New York, NY 10038

        NEW YORK CITY WATER BOARD (via FedEx)
        59-17 Junction Boulevard, 8th Floor
        Flushing, NY 11373

        NEW YORK CITY DEPARTMENT OF FINANCE (via FedEx)
        OFFICE OF LEGAL AFFAIRS
        375 Pearl Street, 30th Floor
        New York, NY 10038
        Attention: Michele Mirro

26675320