**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE FOR MORGAN
STANLEY BANK OF AMERICA MERRILL
LYNCH TRUST 2013-C9, COMMERICAL
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2013-C9,

                              Plaintiff,
           -against-                                                  21 **CIVIL** 6059 (JPC)

                                                                          **<u>JUDGMENT</u>**

700 MILFORD HOLDINGS LLC et al.,

                              Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 29, 2022, Defendant 700 Milford Holdings's motion to dismiss for lack of subject matter jurisdiction is granted and this action is dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       August 1, 2022

                                                                        **RUBY J. KRAJICK**

                                                                         **Clerk of Court**
                            **BY:**   K. Mango
                                                                         **Deputy Clerk**