UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WELLS FARGO BANK, N.A., As Trustee for the Registered Holders of Wells Fargo Bank, National Association and for Morgan Stanley Bank of America Merrill Lynch Trust 2013-C9, By and Through its Special Servicer, LNR PARTNERS, LLC,

                              Plaintiff,

                          - against -

700 MILFORD HOLDINGS LLC; DAVID WERNER; RP/HH MILFORD PLAZA GROUND TENANT, LP; RP/HH MILFORD PLAZA LESSEE, LP; STATE OF NEW YORK DEPARTMENT OF TAXATION AND FINANCE; NEW YORK CITY DEPARTMENT OF FINANCE; NEW YORK CITY CRIMINAL COURT; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; NEW YORK CITY WATER BOARD; "JOHN DOES 1-100" (the latter name being fictitious but intending to designate tenants residing at or persons having an interest in the premises described in the Complaint herein),

                            Defendants.

1:21-cv-6059-JPC

[PROPOSED] **ORDER DIRECTING CANCELLATION OF THE NOTICE OF PENDENCY**

---

      **WHEREAS**, on July 15, 2021, plaintiff filed a Notice of Pendency (ECF No. 13) in connection with the above-referenced mortgage foreclosure action;

      **WHEREAS**, by Judgment dated August 1, 2022 (ECF No. 76), this action was dismissed without prejudice;

      **WHEREAS**, plaintiff and the borrower defendant 700 Milford Holdings LLC ("700 Milford") are in agreement that the Notice of Pendency shall be cancelled;

      **NOW, UPON REQUEST** of plaintiff and 700 Milford, it is hereby

**ORDERED** that the New York County Clerk is directed to cancel the Notice of Pendency bearing the above caption and filed in the office of the Clerk on July 22, 2021 pursuant to CPLR 6514 upon service on the Clerk of a copy of this Order.

DATED: August 9, 2022

_____
Hon. John P. Cronan
United States District Judge